**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| HENRY OVIEDO, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 16-cv-1883 (TSC) |
| WMATA, | ) ) ) | |
| Defendant. | ) ) ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that Defendant WMATA's Motion for Summary Judgment (ECF No. 27) is **GRANTED**, judgment is entered for the Defendant, and this case is closed.

This is a final appealable Order.

Date: March 16, 2018

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge