# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Henry Oviedo
_____
Plaintiff

vs.   Civil Action No. 1:16-CV-01883

WMATA
_____
Defendant

## NOTICE OF APPEAL

Notice is hereby given this 19 day of March, 2018, that

Henry Oviedo

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the 16 day of March, 2018

in favor of WMATA

against said Henry Oviedo

_____
Henry Oviedo
Attorney or Pro Se Litigant

1440 Georgianna Ln.
Owings, MD. 20736
Address and Phone Number
410-257-5423

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

<u>CLERK</u> Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

*No fee pd.*
*3/19/18*

**RECEIVED**

MAR 19 2018

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia