UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| HENRY OVIEDO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 16-cv-1883 (TSC) |
| | ) | |
| WMATA, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff has filed a timely motion under Rule 59(e) of the Federal Rules of Civil Procedure for reconsideration of the March 16, 2018 Order, entering judgment in Defendant's favor. The court may exercise its discretion to grant a Rule 59(e) motion upon finding that "there is an intervening change of controlling law, the availability of new evidence, or the need to correct a clear error or prevent manifest injustice." *Firestone v. Firestone*, 76 F.3d 1205, 1208 (D.C. Cir. 1996) (per curiam) (citation and internal quotation marks omitted). "A Rule 59(e) motion to reconsider is not simply an opportunity to reargue facts and theories upon which a court has already ruled," *New York v. United States*, 880 F. Supp. 37, 38 (D.D.C. 1995), nor is it a means to raise new issues or to present new theories or arguments that could have been advanced during the course of litigation, *Patton Boggs LLP v. Chevron Corp.*, 683 F.3d 397, 403 (D.C. Cir. 2012) (citing *Fox v. Am. Airlines, Inc.*, 389 F.3d 1291, 1296 (D.C. Cir. 2004)).

1

2

Defendant has filed an opposition setting forth valid arguments for denying the motion—most prominent being that Plaintiff has merely rehashed adjudicated matters. (*See* Def.'s Opp'n at 2-3, ECF No. 39).  The court, having reviewed Plaintiff's motion, agrees.

Accordingly, it is

**ORDERED** that Plaintiff's Motion to Reconsider and to Alter Judgment (ECF No. 37) is **DENIED**.

Date:  June 18, 2018

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge