APPEAL,CLOSED,JURY,PROSE–NP,TYPE–H

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: <u>1:16–cv–01883–TSC</u>

OVIEDO v. WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY
Assigned to: Judge Tanya S. Chutkan
 Case in other court:  18–07037
Cause: 42:2000e Job Discrimination (Employment)

Date Filed: 09/20/2016
Date Terminated: 03/16/2018
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

**Plaintiff**

**HENRY OVIEDO**                          represented by   **HENRY OVIEDO**
1440 Gerogianna Lane
Owings, MD 20736
(410) 257–5423
Email: hoviedo@comcast.net
PRO SE

V.

**Defendant**

**WASHINGTON METROPOLITAN**          represented by   **M. Richard Coel**
**AREA TRANSIT AUTHORITY**                            WASHINGTON METROPOLITAN
AREA TRANSIT AUTHORITY
Office of General Counsel
600 Fifth Street, NW
Washington, DC 20001
(202) 962–6096
Fax: (202) 962–2550
Email: rcoel@wmata.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerard Joseph Stief**
WASHINGTON METROPOLITAN
AREA TRANSIT AUTHORITY
Office of General Counsel
600 Fifth Street, NW
Washington, DC 20001
(202) 962–1463
Fax: (202) 962–2550
Email: GStief@WMATA.com
*TERMINATED: 09/29/2017*

**Michael Kelly Guss**
WASHINGTON METROPOLITAN
AREA TRANSIT AUTHORITY
Office of General Counsel

600 Fifth Street, NW
Washington, DC 20001
(202) 962–1468
Fax: (202) 962–2550
Email: mkguss@wmata.com
*TERMINATED: 04/09/2018*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 09/20/2016 | 1 | | COMPLAINT against WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY with Jury Demand filed by HENRY OVIEDO. (Attachments: # 1 Civil Cover Sheet)(td) (Entered: 09/21/2016) |
| 09/20/2016 | 2 | | MOTION for Leave to Proceed in forma pauperis by HENRY OVIEDO (td) (Entered: 09/21/2016) |
| 09/20/2016 | | | ORDER granting 2 Motion for Leave to Proceed in forma pauperis FIAT. Signed by Judge James E. Boasberg on 9/16/16. (See Docket Entry no. 2 ) (td) (Entered: 09/21/2016) |
| 09/23/2016 | 3 | | Summons Issued as to WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY. (md). (Entered: 09/26/2016) |
| 10/05/2016 | 4 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY served on 9/30/2016 (td) (Entered: 10/06/2016) |
| 10/20/2016 | 5 | | ANSWER to 1 Complaint by WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY.(Stief, Gerard) (Entered: 10/20/2016) |
| 10/20/2016 | 6 | | ORDER: Advising pro se Plaintiff of his obligations to follow the FRCP, Local Rules and orders of the court. Failure to adhere to these rules or orders may result in dismissal of this action. The Clerk of the Court shall mail a copy of this order to: HENRY OVIEDO, 1440 Georgianna Lane, Owings, MD 20736. (See order for further details). Signed by Judge Tanya S. Chutkan on 10/20/16. (DJS) (Entered: 10/20/2016) |
| 10/21/2016 | | | MINUTE ORDER SETTING SCHEDULING CONFERENCE: A Scheduling Conference is hereby set for 11/9/16 at 11:00 a.m. in Courtroom 2. No later than 11/7/16 the parties shall file their Report of the Parties' Planning Meeting, pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and Local Civil Rule 16.3. The Report shall include a proposed Scheduling Order in a format similar to the sample Scheduling Order found on Judge Chutkan's court webpage, along with any proposed changes which shall be highlighted. When proposing deadlines, the parties shall avoid proposing a schedule that contains submission of simultaneous dispositive cross–motions. In addition to the requirements under the Federal and Local Rules, the parties' report shall contain a succinct summary of the case and the statutory basis for all causes of action and defenses. Counsel who attend the Scheduling Conference must be sufficiently familiar with the case to answer any questions which arise and hold the authority to make stipulations and admissions about all matters that can reasonably be anticipated for discussion. Signed by Judge Tanya S. Chutkan on 10/21/16. (DJS) (Entered: 10/21/2016) |

| 10/21/2016 | | | Set/Reset Deadlines/Hearings: Rule 26 Meeting Report due by 11/7/2016. Scheduling Conference set for 11/9/2016 at 11:00 AM in Courtroom 2 before Judge Tanya S. Chutkan. (zsm) (Entered: 10/21/2016) |
|---|---|---|---|
| 10/26/2016 | 7 | | MOTION to Appoint Counsel by HENRY OVIEDO (td) (Entered: 10/26/2016) |
| 11/02/2016 | 8 | | MOTION to extend the scheduling date of conference. by HENRY OVIEDO (td) (Entered: 11/03/2016) |
| 11/04/2016 | | | MINUTE ORDER: It is ORDERED that plaintiff's motion to continue the initial scheduling conference 8 set for November 9, 2016, is DENIED, and plaintiff's motion for court–appointed counsel 7 is held in abeyance. The parties are reminded of their obligation to file a Rule 16.3 Report and proposed Scheduling Order by November 7, 2016. Signed by Judge Tanya S. Chutkan on 11/4/16.(ah) (Entered: 11/04/2016) |
| 11/07/2016 | 9 | | MEET AND CONFER STATEMENT. (Attachments: # 1 Exhibit Scheduling Ooder)(Stief, Gerard) (Entered: 11/07/2016) |
| 11/09/2016 | | | Minute Entry for proceedings held before Judge Tanya S. Chutkan: Initial Scheduling Conference held on 11/9/2016. Status Conference set for 11/30/2016 at 04:30 PM in Courtroom 2 before Judge Tanya S. Chutkan. (Court Reporter Bryan Wayne) (nbn) (Entered: 11/09/2016) |
| 11/14/2016 | 10 | | RESPONSE re 7 MOTION to Appoint Counsel filed by WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY. (Attachments: # 1 Text of Proposed Order)(Stief, Gerard) (Entered: 11/14/2016) |
| 11/17/2016 | 11 | | NOTICE Of Additional Information by HENRY OVIEDO; ("LEAVE TO FILE GRANTED" by Judge Tanya Chutkan) (td) (Entered: 11/18/2016) |
| 11/22/2016 | 12 | | REPLY to opposition to motion re 7 MOTION to Appoint Counsel filed by HENRY OVIEDO. (td) (Entered: 11/23/2016) |
| 11/22/2016 | 13 | | REPLY to opposition to motion re 7 MOTION to Appoint Counsel filed by HENRY OVIEDO. (td) (Entered: 11/28/2016) |
| 11/30/2016 | | | MINUTE ORDER: It is hereby ORDERED that plaintiff's 7 Motion to Appoint Counsel is DENIED. Signed by Judge Tanya S. Chutkan on 11/30/16. (ms) (Entered: 11/30/2016) |
| 11/30/2016 | 14 | | ORDER setting deadlines for discovery and dispositive motions and advising parties of their obligation to meet, confer and present jointly any discovery disputes prior to filing a motion. Signed by Judge Tanya S. Chutkan on 11/30/16. (ms) Modified on 12/2/2016 (DJS). (Entered: 11/30/2016) |
| 11/30/2016 | | | Minute Entry for proceedings held before Judge Tanya S. Chutkan: Status Conference held on 11/30/2016. Scheduling Order forthcoming (Court Reporter Bryan Wayne) (nbn) (Entered: 12/01/2016) |
| 12/01/2016 | | | Set/Reset Deadlines: Amended Complaint/Join Parties due by 12/15/2016. Discovery (including expert discovery) due by 4/28/2017. Dispositive Motions due by 5/26/2017. Response to Dispositive Motions due by 6/12/2017. Reply to Dispositive Motions due by 6/26/2017. Initial Disclosure due by 12/30/2016. Plaintiff's Expert Disclosures due by 1/30/2017. Defendant's Expert Disclosures due by 3/30/2017. (tth) (Entered: 12/01/2016) |

| 12/12/2016 | 15 | | MOTION to Amend/Correct 1 Complaint by HENRY OVIEDO (td) (Main Document 15 replaced on 12/13/2016) (td). (Entered: 12/13/2016) |
|---|---|---|---|
| 12/19/2016 | 16 | | MOTION for CM/ECF Password by HENRY OVIEDO (jf) (Entered: 12/21/2016) |
| 12/22/2016 | 17 | | ORDER denying without prejudice 16 Plaintiff's Motion for CM/ECF Password (see written order for details). Signed by Judge Tanya S. Chutkan on 12/22/16.(ah) (Entered: 12/22/2016) |
| 12/28/2016 | 18 | | RESPONSE re 15 MOTION to Amend/Correct 1 Complaint filed by WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY. (Attachments: # 1 Text of Proposed Order)(Stief, Gerard) (Entered: 12/28/2016) |
| 12/28/2016 | 19 | | RULE 26a1 STATEMENT. (Stief, Gerard) (Entered: 12/28/2016) |
| 01/03/2017 | | | MINUTE ORDER granting 15 Plaintiff's Motion to Amend the Complaint. SO ORDERED. Signed by Judge Tanya S. Chutkan on 1/3/17.(ah) (Entered: 01/03/2017) |
| 01/03/2017 | 20 | | AMENDED COMPLAINT against WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY with Jury Demand filed by HENRY OVIEDO.(jf) (Entered: 01/04/2017) |
| 01/10/2017 | 21 | | MOTION for CM/ECF Password by HENRY OVIEDO (td) (Entered: 01/11/2017) |
| 01/13/2017 | | | MINUTE ORDER granting 21 Plaintiff's Motion for CM/ECF Password. SO ORDERED. Signed by Judge Tanya S. Chutkan on 1/13/17.(ah) (Entered: 01/13/2017) |
| 01/17/2017 | 22 | | *WMATA's* ANSWER to 20 Amended Complaint by WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY. Related document: 20 Amended Complaint filed by HENRY OVIEDO.(Stief, Gerard) (Entered: 01/17/2017) |
| 01/24/2017 | 23 | | RULE 26a2 STATEMENT. (td) (Entered: 01/26/2017) |
| 01/24/2017 | 24 | | REPLY re 22 Answer to Amended Complaint filed by HENRY OVIEDO. (td) (Entered: 01/26/2017) |
| 04/13/2017 | 25 | | MOTION for Discovery & Inspection by HENRY OVIEDO (OVIEDO, HENRY) . (Entered: 04/13/2017) |
| 04/18/2017 | | | MINUTE ORDER: Denying Plaintiff's motion 25 for an order requiring Defendant to produce discovery because a court order is unnecessary in order to obtain discovery, except to the extent the opposing party has refused to respond to the movant's discovery requests and there is no indication that such has occurred in this case. To the extent the parties encounter any discovery disputes in the future, they shall not file any discovery–related motion without a prior telephone conference with the Court and opposing counsel. (See ECF No. 14 paragraph 3). Additionally, Plaintiff is hereby reminded of his obligation, pursuant to the court's Local Civil Rules, to confer with opposing counsel prior to filing a non–dispositive motion and indicate whether the motion is opposed or unopposed. See Local Civil Rule 7(m). Additionally, all motions must be accompanied by a proposed order. See Local Civil Rule 7(c). The Clerk of the |

| | | | |
|---|---|---|---|
| | | | court shall mail a copy of this order to: HENRY OVIEDO, 1440 Gerogianna Lane, Owings, MD 20736. Signed by Judge Tanya S. Chutkan on 4/18/17. (DJS) (Entered: 04/18/2017) |
| 04/28/2017 | 26 | | Joint MOTION for Extension of Time to Complete Discovery , Joint MOTION for Extension of Time to *Dispositive Motions Deadlines* by WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY (Attachments: # 1 Text of Proposed Order)(Stief, Gerard) (Entered: 04/28/2017) |
| 05/05/2017 | | | MINUTE ORDER granting 26 the parties' Joint Motion to Extend Discovery and Dispositive Motions Deadlines. The scheduling order is amended as follows: Discovery shall close on July 10, 2017; dispositive motions are due by August 22, 2017; oppositions to dispositive motions are due by September 8, 2017; any replies are due by September 25, 2017. SO ORDERED. Signed by Judge Tanya S. Chutkan on 5/5/17.(ah) (Entered: 05/05/2017) |
| 05/09/2017 | | | Set/Reset Deadlines: Discovery due by 7/10/2017. Dispositive Motions due by 8/22/2017. Responses to Dispositive Motions due by 9/8/2017. Replies to Dispositive Motions due by 9/25/2017. (tb) (Entered: 05/09/2017) |
| 08/22/2017 | 27 | | First MOTION for Summary Judgment by WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY (Attachments: # 1 Statement of Facts Statement of Material Facts Not in Dispute, # 2 Declaration Declaration of John D. Thomas, # 3 Exhibit Transcript, # 4 Exhibit Transcript, # 5 Exhibit Charge of Discrimination, # 6 Exhibit Dismissal and Notice of Rights, # 7 Exhibit Charge of Discrimination, # 8 Exhibit Dismissal and Notice of Rights, # 9 Text of Proposed Order Proposed Order)(Stief, Gerard) (Entered: 08/22/2017) |
| 08/28/2017 | 28 | | Order advising plaintiff to respond by the previously scheduled deadline of September 8, 2017, to defendant's motion for summary judgment or risk entry of judgment in defendant's favor (see written order for details). Signed by Judge Tanya S. Chutkan on 8/28/17.(ah) (Entered: 08/28/2017) |
| 09/08/2017 | 29 | | Memorandum in opposition to re 27 First MOTION for Summary Judgment filed by HENRY OVIEDO. (td) (Entered: 09/11/2017) |
| 09/25/2017 | 30 | | REPLY to opposition to motion re 27 First MOTION for Summary Judgment filed by WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY. (Stief, Gerard) (Entered: 09/25/2017) |
| 09/29/2017 | 31 | | NOTICE *Withdrawal of Appearance* by WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY (Stief, Gerard) (Entered: 09/29/2017) |
| 09/29/2017 | 32 | | NOTICE of Appearance by Michael Kelly Guss on behalf of WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY (Guss, Michael) (Entered: 09/29/2017) |
| 03/16/2018 | 33 | | ORDER granting 27 Defendant's Motion for Summary Judgment and entering judgment for the Defendant, for the reasons stated in the Memorandum Opinion issued separately this day. Signed by Judge Tanya S. Chutkan on 3/16/18.(ah) (Entered: 03/16/2018) |
| 03/16/2018 | 34 | | MEMORANDUM OPINION accompanying final order issued separately this day. Signed by Judge Tanya S. Chutkan on 3/16/18.(ah) (Entered: 03/16/2018) |
| 03/19/2018 | 35 | | |

| | | | |
|---|---|---|---|
| | | | NOTICE OF APPEAL as to <u>33</u> Order on Motion for Summary Judgment, <u>34</u> Memorandum & Opinion by HENRY OVIEDO. Fee Status: IFP. Parties have been notified. (td) (Entered: 03/20/2018) |
| 03/20/2018 | <u>36</u> | | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The fee was not paid because it was filed in forma pauperis re <u>35</u> Notice of Appeal. (td) (Entered: 03/20/2018) |
| 03/27/2018 | | | USCA Case Number 18–7037 for <u>35</u> Notice of Appeal filed by HENRY OVIEDO. (td) (Entered: 03/28/2018) |
| 03/27/2018 | <u>37</u> | | MOTION for Reconsideration re <u>33</u> Order on Motion for Summary Judgment, <u>34</u> Memorandum & Opinion, MOTION to Alter Judgment by HENRY OVIEDO (td) (Entered: 03/29/2018) |
| 04/09/2018 | <u>38</u> | | NOTICE OF SUBSTITUTION OF COUNSEL by M. Richard Coel on behalf of WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY Substituting for attorney Michael K. Guss (Coel, M.) (Entered: 04/09/2018) |
| 04/09/2018 | <u>39</u> | | RESPONSE (Oppositon) re <u>37</u> MOTION for Reconsideration re <u>33</u> Order on Motion for Summary Judgment, <u>34</u> Memorandum & Opinion MOTION to Alter Judgment filed by WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY. (Coel, M.) Modified text on 4/10/2018 (ztd). (Entered: 04/09/2018) |
| 06/18/2018 | <u>40</u> | 7 | ORDER denying <u>37</u> Plaintiff's Motion for Reconsideration and to Alter Judgment (see written document for details). The deputy clerk shall transmit this order promptly to the Court of Appeals. Signed by Judge Tanya S. Chutkan on 6/18/18.(ah) (Entered: 06/18/2018) |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| HENRY OVIEDO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 16-cv-1883 (TSC) |
| | ) | |
| WMATA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

Plaintiff has filed a timely motion under Rule 59(e) of the Federal Rules of Civil Procedure for reconsideration of the March 16, 2018 Order, entering judgment in Defendant's favor. The court may exercise its discretion to grant a Rule 59(e) motion upon finding that "there is an intervening change of controlling law, the availability of new evidence, or the need to correct a clear error or prevent manifest injustice." *Firestone v. Firestone*, 76 F.3d 1205, 1208 (D.C. Cir. 1996) (per curiam) (citation and internal quotation marks omitted). "A Rule 59(e) motion to reconsider is not simply an opportunity to reargue facts and theories upon which a court has already ruled," *New York v. United States*, 880 F. Supp. 37, 38 (D.D.C. 1995), nor is it a means to raise new issues or to present new theories or arguments that could have been advanced during the course of litigation, *Patton Boggs LLP v. Chevron Corp.*, 683 F.3d 397, 403 (D.C. Cir. 2012) (citing *Fox v. Am. Airlines, Inc.*, 389 F.3d 1291, 1296 (D.C. Cir. 2004)).

Defendant has filed an opposition setting forth valid arguments for denying the motion—most prominent being that Plaintiff has merely rehashed adjudicated matters. (*See* Def.'s Opp'n at 2-3, ECF No. 39). The court, having reviewed Plaintiff's motion, agrees.

Accordingly, it is

**ORDERED** that Plaintiff's Motion to Reconsider and to Alter Judgment (ECF No. 37) is **DENIED**.


Date:  June 18, 2018

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge